EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Jessenia A. Seda Cabán | 2023 TSPR 4 <br><br> 211 DPR ___ |

Número del Caso: TS-20,549

Fecha: 18 de enero de 2023

Abogado de la parte peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Jessenia A. Seda Cabán        TS-20,549

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2023.

Examinada la *Moción en solicitud de readmisión al ejercicio de la abogacía* presentada el 10 de enero de 2023, se ordena la readmisión de la Sra. Jessenia A. Seda Cabán al ejercicio de la abogacía.

Se ordena a la Secretaría hacer el cambio de la señora Seda Cabán a abogada activa en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                        Javier O. Sepúlveda Rodríguez
                      Secretario del Tribunal Supremo